IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN HANDEL D.M.D., P.C. | : | CIVIL ACTION |
| v. | : | |
| ALLSTATE INSURANCE CO. | : | NO. 20-3198 |

ORDER

AND NOW, this 6th day of November, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Allstate Insurance Co. to dismiss the first amended complaint of plaintiff Brian Handel D.M.D., P.C. for failure to state a claim (Doc. #16) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                       J.